Receipt # 70088
CK # 189

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: ASHTABULA SALVAGE COMPANY | ) | CASE NO. 01-42673 |
| | ) | HON. KAY WOODS |
| DEBTOR | ) | TRANSMITTAL OF UNCLAIMED FUNDS |

Richard G. Zellers, Trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | |
|---|---|
| Bobbie Smith<br>5116 Summer Ave.<br>Ashtabula, OH 44004 | $185.91 |
| Fulton Scrap Processors<br>411 419 S. First St.<br>Fulton, NY 13069 | $500.65 |
| AGA Gas, Inc.<br>P.O. Box 94706<br>Cleveland, OH 44101 | $383.01 |
| The Illuminating Company<br>696 Euclid Ave.<br>Cleveland, OH 44178 | $1,259.83 |

2. Your Trustee's Check for $2,329.40 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: 6/6/07

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 STARRS CENTER DR.
CANFIELD, OH 44406
330-702-0780